UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES, | No. 2:23-cv-2420 KJN P |
| Petitioner, | |
| v. | ORDER |
| STATE OF KANSAS, | |
| Respondent. | |

Petitioner is a pretrial detainee currently housed in the Sacramento County Jail. On October 23, 2023, petitioner filed the instant petition for writ of habeas corpus under 28 U.S.C. § 2241, along with a request to proceed in forma pauperis. The petition was opened as a new case.

However, on September 27, 2023, petitioner's prior petition for writ of habeas corpus under 28 U.S.C. § 2241 was transferred to this court from the District of Kansas. James v. State of Kansas, No. 2:23-cv-2116 DAD KJN P (E.D. Cal.). Further, in such prior case, petitioner was ordered to file a petition on the court's form and to either pay the court's filing fee or file a motion to proceed in forma pauperis. Id. (ECF No. 2.) Petitioner timely filed the documents, but included the case number from the District of Kansas rather than the case number assigned after the transfer, No. 2:23-cv-2116 DAD KJN P.

////

Because it appears that the instant action was improvidently opened, the Clerk of the Court is directed to file the petition and the motion to proceed in forma pauperis (ECF Nos. 1, 2) in petitioner's prior case, James v. State of Kansas, No. 2:23-cv-2116 DAD KJN P.  The Clerk of the Court shall docket the petition as petitioner's amended petition, and terminate the instant action, No. 2:23-cv-2420 KJN P.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to:

1.  File the petition and the motion to proceed in forma pauperis (ECF Nos. 1, 2) in petitioner's prior case, James v. State of Kansas, No. 2:23-cv-2116 DAD KJN P;

2.  Docket the petition as petitioner's amended petition in No. 23-cv-2116 DAD KJN P; and

3.  Terminate the instant action, No. 2:23-cv-2420 KJN P.

Dated:  November 3, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/jame2420.clo